**FILED**

JAMES J. VILT, JR. - CLERK

OCT 24 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Rev. 10/10

# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

BRANDON KEELING

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

GRAYSON COUNTY DETENTION CENTER

JASON WOOSLEY

KYLE TARRANCE

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:22-CV-148-JHM
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

## I.   PARTIES

   **(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

   (1) Name of Plaintiff: BRANDON MICHAEL KEELING

   Place of Confinement: GRAYSON COUNTY DETENTION CENTER

   Address: 320 SHAW STATION ROAD LEITCHFIELD, KENTUCKY 42754

   Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (X)

   (2) Name of Plaintiff:_____

   Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant GRAYSON COUNTY DETENTION CENTER is employed

as THE DETENTION CENTER at GRAYSON COUNTY .

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(2) Defendant JASON WOOSLEY is employed

as JAILER at GRAYSON COUNTY DETENTION CENTER

The Defendant is being sued in his/her ( X ) individual and/or (___) official capacity.

(3) Defendant KYLE TARRANCE is employed

as CAPTAIN DEPUTY at GRAYSON COUNTY DETENTION CENTER

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):     _____

_____

Defendant(s):   _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

ON SEPTEMBER 26, 2022 I BRANDON KEELING WAS PULLED OUT OF MY CELL BY JAIL DEPUTIES SO THAT THEY COULD SEARCH THE CELL. I WAS STRIP SEARCHED BY AN OFFICER THEN PLACED IN A HOLDING CELL. SHORTLY AFTERWARDS I WAS RAN THROUGH THE JAILS BODY SCANNER IN AN ATTEMPT TO FIND CONTRABAND. AFTER BEING RAN THROUGH THE JAILS BODY SCANNER CAPTAIN KYLE TARRANCE DECIDED TO STRIP SEARCH ME ONCE AGAIN FOR THE SECOND TIME. THIS TIME HE REQUESTED THAT I LIFT MY PRIVATE PARTS AND TURN AROUND AND SPREAD MY BUTTOCKS. AFTER I COMPLIED AND THE SEARCH WAS CONCLUDED OFFICER KYLE TARRANCE MADE THE COMMENT "NOT BAD". I BELIEVE THIS TO BE SEXUAL HARASSMENT AND VIOLATION OF MY CONSTITUTIONAL RIGHTS UNDER TITLE IX.

- KYLE TARRANCE VIOLATED MY RIGHTS UNDER TITLE IX FOR STRIPPING ME TWICE AND MAKING THAT "NOT BAD" COMMENT.

- GRAYSON COUNTY DETENTION CENTER VIOLATED MY RIGHTS UNDER TITLE IX BECAUSE THE INCIDENT HAPPENED IN

### III. STATEMENT OF CLAIM(S) continued

THEIR JAIL AND UNDER MY 5TH AMENDMENT DUE PROCESS FOR NOT FULLY INVESTIGATING THE PREA COMPLAINT WHEN I FILED IT AT THE JAIL. NO ONE EVER CAME TO INTERVIEW OR SPEAK TO ME.

- JASON WOOSLEY VIOLATED MY RIGHTS UNDER TITLE IX AS WELL AND IS RESPONSIBLE FOR ALL EMPLOYEES INCLUDING THEIR ACTIONS WHILE ON DUTY WORKING AT THE GRAYSON COUNTY DETENTION CENTER. HE OPERATES AND IS THE JAILER AT THE GRAYSON COUNTY DETENTION CENTER.

ON OCTOBER 14, 2022 I REPORTED BY FILLING OUT A REQUISITION FORM THAT I NEEDED TO SPEAK WITH SOMEONE REGUARDING A PREA INCIDENT RESULTING FROM THE SEARCH ON SEPTEMBER 26, 2022. NO ONE EVER INTERVIEWED OR SPOKE TO ME ABOUT THIS INSTEAD ON OCTOBER 18, 2022 THE JAIL SENT ME A NOTICE INFORMING ME THAT MY CLAIM DOES NOT CONSTITUTE A VIOLATION OF PREA, WHEN IN FACT I WAS SEXUALLY HARASSED AND SEXUAL HARASSMENT DOES CONSTITUTE PREA. I ATTEMPTED TO FILE A PREA REPORT TO EXHAUST MY ADMINISTRATIVE REMEDIES BUT IT WAS NEVER FULLY INVESTIGATED.

VIDEO SURVAILLANCE WILL SHOW THAT I WAS BODY SCANNED AND STRIP SEARCHED TWICE.

IV.   RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

____X____ award money damages in the amount of $ _10,000_____

_____ grant injunctive relief by_____

_____ award punitive damages in the amount of $_____

____X____ other: _TERMINATION OF KYLE TARRANCE_____

V.   **DECLARATION UNDER PENALTY OF PERJURY**
      **(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _20_ day of _OCTOBER_____, 20_22_

_Brandon Keeling_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _OCTOBER 20_, _2022_.

_Brandon Keeling_____
(Signature)